

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00682-CR

Michael David **KONVICKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-21-0000040
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 12, 2024.

_____
Patricia O. Alvarez, Justice